UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

ROBERT ALLEN WILLIAMS,   JUDGMENT IN A CIVIL CASE

                                                  CV 23-9-BLG-SPW

          Plaintiff,

vs.

YELLOWSTONE COUNTY
DETENTION CENTER, ET AL.,

          Defendants.

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 28, 2023 (Doc. 8), this action is DISMISSED.

     Dated this 8th day of May, 2023.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ T. Gesh
                                      T. Gesh, Deputy Clerk